UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-5737 DSF (FFMx) | Date | 7/12/12 |
|---|---|---|---|
| Title | John Doe v. Georgia-Pacific, LLC | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order to Show Cause re Filing Complaint Under a Pseudonym

    Plaintiff has filed this case under a pseudonym, but provides no justification for use of the pseudonym. The following factors govern this issue: (1) the severity of the potential harm; (2) the reasonableness of Plaintiff's fears; (3) Plaintiff's vulnerability to the potential harm; (4) the prejudice to Defendant; and (5) the public interest. See Doe v. Kamehameha Sch./Bernice Pauahi Bishop Estate, 596 F.3d 1036, 1042 (9th Cir. 2010). The first and second factors are the most important. Id. at 1043.

    Plaintiff is ordered to show cause, in writing, no later than July 23, 2012, why he should be allowed to proceed in this action under a pseudonym.

    IT IS SO ORDERED.