# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES REGALADO, individually and on behalf of the putative classes,<br><br>    Plaintiff,<br><br>  v.<br><br>RYDER INTEGRATED LOGISTICS, INC. a Delaware corporation, and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 2:12-cv-05737-DSF-FFM<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO EXTEND STAY OF THE CASE PENDING HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br><br>Hon. Dale S. Fischer |

Plaintiff Andres Regalado ("Plaintiff") and Defendant Ryder Integrated Logistics, Inc. ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, hereby notify the Court and stipulate and agree as follows:

PLEASE TAKE NOTICE that on February 4, 2012, the parties attended a mediation with third-party neutral Mark Rudy and reached a settlement of the above referenced matter subject to finalization of the settlement documents and Court approval.

WHEREAS, on October 15, 2012 the Court granted the parties' request for a stay pending the completion of an early mediation (ECF No. 43), originally scheduled

for December 21, 2012. The mediation was thereafter continued to February 4, 2013. On December 13, 2012, the Court granted the parties' request for a further stay pending the completion of said rescheduled mediation (ECF No. 51);

WHEREAS, the parties are working on finalizing the settlement documents and drafting the Motion for Preliminary Approval and anticipate filing said Motion in March 2013. The Parties anticipate the Motion for Preliminary Approval will be heard in April 2013, subject to the Court's availability;

WHEREFORE, IT IS STIPULATED that the stay of litigation in this matter should be extended until the hearing on the Motion for Preliminary Approval.

**IT IS SO STIPULATED.**

Dated: February 6, 2013

By: /s/ E. Michelle Drake
NICHOLS KASTER, PLLP
E Michelle Drake (Admitted *pro hac vice*)
drake@nka.com
Anna P. Prakash (Admitted *pro hac vice*)
aprakash@nka.com
80 S. Eighth St. 4600 IDS Center
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878

THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim (SBN #257260)
joshua@anewwayoflife.org
958 E. 108th St.
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445

COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS

| | | |
|---|---|---|
| Dated: February 6, 2013 | By | /s/ Elizabeth J. Boca |

Linda S. Husar (SBN 93989)
Email: lhusar@reedsmith.com
REED SMITH, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   213 457 8000
Facsimile:    213 457 8080

Elizabeth J. Boca (SBN 255719)
Email: eboca@reedsmith.com
REED SMITH, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415 543 8700
Facsimile: 415 391 8269

COUNSEL FOR DEFENDANT