**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES REGALADO, individually and on behalf of the putative classes,<br><br>  Plaintiff,<br><br> vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation, and DOES 1-10 inclusive,<br><br>  Defendants. | Case No. 2:12-cv-05737-DSF-FFM<br><br>**[ORDER RE: STIPULATION TO EXTEND STAY OF THE CASE PENDING HEARING ON MOTION FOR PRELIMINARY APPROVAL** |

Plaintiff Andres Regalado ("Plaintiff") and Defendant Ryder Integrated Logistics, Inc. ("Defendant") (collectively "the Parties"), by and through their counsel, have notified the Court that the parties reach an agreement to settle the above reference action at the February 4, 2013 mediation. The Parties have stipulated and agreed to extend a stay of litigation and deadlines in this matter until the hearing on the Motion for Preliminary Approval. The Parties anticipate the Motion for Preliminary Approval will be heard in April 2013, subject to the Court's availability.

**IT IS HEREBY ORDERED** that stay of litigation in this matter is extended until the hearing on the Motion for Preliminary Approval.

1  DATED:   2/8/13

_____
The Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE