1  THE LAW OFFICES OF DEVIN H. FOK
   Devin H. Fok (SBN #256599)
2  devin@devinfoklaw.com
   P.O. Box 7165
3  Alhambra, CA 91802-7165
   Phone: (310) 430-9933
4  Fax: (323) 563-3445

5  A NEW WAY OF LIFE REENTRY PROJECT
   Joshua E. Kim (SBN #257260)
6  joshua@anewwayoflife.org
   958 E 108th Street
7  Los Angeles, CA 90059
   Phone: (323) 563-3575
8  Fax: (323) 563-3445

9  Attorneys for Plaintiff and the Proposed Class
10 *[Additional counsel listed on signature page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES REGALADO, individually and on behalf of the putative classes, | Case No. 2:12-cv-05737-DSF-FFM |
| | **CLASS ACTION** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF RENEWED MOTION AND MOTION FOR PRELIMINARY SETTLEMENT APPROVAL OF AMENDED CLASS ACTION SETTLEMENT** |
| RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation, and DOES 1-10 inclusive, | |
| Defendants. | Date: November 4, 2013<br>Time: 1:30 p.m.<br>Location: Courtroom 840 |
| | Hon. Dale S. Fischer |

//
//
//
//

PLEASE TAKE NOTICE that on November 4, 2013, at 1:30 p.m., in Courtroom 840, Edward R. Roybal Federal Building & U.S. Courthouse, 255 E Temple Street, Los Angeles, California, 90012, Plaintiff Andres Regalado will move this Court for an Order preliminarily approving the proposed amended class action settlement in this matter, provisionally certifying a class for settlement purposes, and approving the proposed notice and opt out form.  This motion is made pursuant to Local Rule 7 and Rule 23 of the Federal Rules of Civil Procedure. The parties' revised settlement agreement and accompanying memorandum address the issues raised by the Court at the previous hearing on June 10, 2013, specifically:

1. The class definition has been narrowed;
2. The language regarding the claims released by class members has been clarified in both the agreement and the proposed class notice;
3. The deadline for any motion for attorneys' fees, expenses, and class representative incentive awards has been moved so as to allow class members to review such motion prior to the deadline for them to opt-out or object;
4. Defendant has agreed to send notice of the proposed settlement pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715;
5. Class members wishing to object and appear are no longer instructed to file associated documents electronically;
6. Additional information has been provided to the Court about the proposed *cy pres* recipient; and
7. Only the law firm of Nichols Kaster, PLLP is proposed as Class Counsel.

The motion is based on the notice of motion and motion, the memorandum of points and authorities, and the declarations of Plaintiff's counsel.  Defendant's counsel does not oppose this motion.

DATED: September 30, 2013

By: /s/E. Michelle Drake
NICHOLS KASTER, PLLP
E Michelle Drake (Admitted *pro hac vice*)
drake@nka.com
80 S. Eighth St. 4600 IDS Center
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 3384878

THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim (SBN #257260)
joshua@anewwayoflife.org
958 E. 108th St.
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445

COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASSES

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on the CM/ECF system which sent a Notice of Electronic Filing to the following:

Devin H Fok        devin@devinfoklaw.com

Joshua Eunsuk Kim      joshua@anewwayoflife.org

Linda S Husar      lhusar@reedsmith.com

Elizabeth Boca      eboca@reedsmith.com

Dated: September 30, 2013                /s/E. Michelle Drake
                                         E. Michelle Drake

2