1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES REGALADO, individually and on behalf of the putative classes,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:12-cv-05737-DSF-FFM<br><br>**ORDER CONTINUING FINAL FAIRNESS HEARING AND DEADLINE FOR FILING FINAL APPROVAL** |

Upon review and consideration of the parties' Stipulation regarding final approval dates, and good cause appearing, THIS COURT FINDS and ORDERS as follows:

1. The current date for the final fairness hearing and related motions filing deadline does not provide the parties with adequate time to determine the class' reaction to the settlement prior to the deadline for filing the final approval motion papers.

2. The final fairness hearing is CONTINUED to March 31, 2014.

3. The deadline to file final approval motion papers is extended to March 3, 2014.

4. All other deadlines set forth in the Court's November 7, 2013 preliminary approval order shall remain in place.

5. The parties may fill in the applicable dates on the spaces indicated in the Court-approved Notice.

**IT IS SO ORDERED.**

DATED: 11/13/13

Hon. Dale S. Fischer
United States District Judge