THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim (SBN #257260)
joshua@anewwayoflife.org
958 E 108th Street
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445

Attorneys for Plaintiff and the Proposed Class
*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES REGALADO, individually and on behalf of the putative classes,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:12-cv-05737-DSF-FFM<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND NAMED PLAINTIFF INCENTIVE AWARD**<br><br>Date: March 31, 2014<br>Time: 1:30 p.m.<br>Location: Courtroom 840<br><br>Hon. Dale S. Fischer |

//
//
//
//

PLEASE TAKE NOTICE that on March 31, 2014, at 1:30 p.m., in Courtroom 840, Edward R. Roybal Federal Building & U.S. Courthouse, 255 E Temple Street, Los Angeles, California, 90012, Plaintiff Andres Regalado will move this Court for an Order grating attorneys' fees in the amount of $6,527.61, costs in the amount of $11,559.70, and a Plaintiff Incentive award of $2,500.

This motion is based on the notice of motion and motion, the memorandum of points and authorities, and the declarations of Plaintiff and his Counsel. Defendant's counsel does not oppose this motion.

DATED: December 12, 2013

By: /s/E. Michelle Drake

NICHOLS KASTER, PLLP
E Michelle Drake (Admitted *pro hac vice*)
drake@nka.com
80 S. Eighth St. 4600 IDS Center
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 3384878

THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim (SBN #257260)
joshua@anewwayoflife.org
958 E. 108th St.
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445

COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on the CM/ECF system which sent a Notice of Electronic Filing to the following:

Devin H Fok    devin@devinfoklaw.com

Joshua Eunsuk Kim    joshua@anewwayoflife.org

Linda S Husar    lhusar@reedsmith.com

Elizabeth Boca    eboca@reedsmith.com

Dated: December 12, 2013          /s/E. Michelle Drake
                                  E. Michelle Drake