THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim (SBN #257260)
joshua@anewwayoflife.org
958 E 108th Street
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445

Attorneys for Plaintiff and the Proposed Class
*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES REGALADO, individually and on behalf of the putative classes,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:12-cv-05737-DSF-FFM<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL SETTLEMENT APPROVAL [UNOPPOSED]**<br><br>Date: March 31, 2014<br>Time: 1:30 p.m.<br>Location: Courtroom 840<br><br>Hon. Dale S. Fischer |

//
//
//
//

1    PLEASE TAKE NOTICE that on March 31, 2014, at 1:30 p.m., in
2 Courtroom 840, Edward R. Roybal Federal Building & U.S. Courthouse, 255 E
3 Temple Street, Los Angeles, California, 90012, Plaintiff Andres Regalado will
4 move this Court for an Order granting final approval of the parties' Settlement.

5    This motion is based on the notice of motion and motion, the memorandum
6 of points and authorities, and the declaration of the Settlement Administrator.
7 Defendant does not oppose this motion.

DATED: March 3, 2014

By: /s/E. Michelle Drake
NICHOLS KASTER, PLLP
E Michelle Drake (Admitted *pro hac vice*)
drake@nka.com
80 S. Eighth St. 4600 IDS Center
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 3384878

THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
P.O. Box 7165
Alhambra, CA 91802-7165
Phone: (310) 430-9933
Fax: (323) 563-3445

A NEW WAY OF LIFE REENTRY PROJECT
Joshua E. Kim (SBN #257260)
joshua@anewwayoflife.org
958 E. 108th St.
Los Angeles, CA 90059
Phone: (323) 563-3575
Fax: (323) 563-3445

COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on the CM/ECF system which sent a Notice of Electronic Filing to the following:

Devin H Fok     devin@devinfoklaw.com

Joshua Eunsuk Kim     joshua@anewwayoflife.org

Linda S Husar     lhusar@reedsmith.com

Elizabeth Boca     eboca@reedsmith.com

Dated: March 3, 2014          /s/E. Michelle Drake
                              E. Michelle Drake