# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES REGALADO, individually and on behalf of the putative classes,<br><br>Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:12-cv-05737-DSF-FFM<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS, AND NAMED PLAINTIFF INCENTIVE AWARD** |

On review and consideration of Plaintiff's Motion for Attorneys' Fees, Costs, and Named Plaintiff Incentive Award in the above-captioned case, and in consideration of arguments presented at the hearing held on March 31, 2014, and Good Cause appearing, THIS COURT FINDS and ORDERS as follows:

1. Class Counsel is AWARDED $6,527.61 in attorneys' fees;
2. Class Counsel is AWARDED $11,559.70 in costs; and
3. Named Plaintiff Andres Regalado is AWARDED $1,500 as a Named Plaintiff Incentive Award.

**IT IS SO ORDERED.**

| | | |
|---|---|---|
| 1 |      3/31/14 | *Dale S. Fischer* |
| 2 | DATED:_____ | _____ |
| 3 | | Dale S. Fischer |
| | | United States District Judge |