JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES REGALADO, individually and on behalf of the putative classes,<br><br>　　　　　Plaintiff,<br>　　vs.<br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation, and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:12-cv-05737-DSF-FFM<br><br>**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND JUDGMENT** |

On November 8, 2013, this Court entered an order granting preliminary approval (the "Preliminary Approval Order") of the Settlement Agreement and certifying, for settlement purposes only, a Settlement Class.

On March 31, 2014, the Court held a fairness hearing (the "Fairness Hearing"), for which members of the Settlement Class had been given appropriate notice. The Fairness Hearing was held in Courtroom 840 at the United States District Court for the Central District of California in Los Angeles, California. The parties appeared by and through their respective counsel of record. An opportunity to be heard was given to all persons requesting to be heard in accordance with the Preliminary Approval Order.

Upon review and consideration of Plaintiff's Unopposed Motion for Final Settlement Approval in the above-captioned case (the "Action"), and in consideration of arguments presented at the Fairness Hearing, IT IS ORDERED:

1. This Court has jurisdiction over the Plaintiff, Ryder Integrated Logistics, Inc. (Ryder), Class Members, and the claims asserted in this lawsuit.

2. The Court finds that the Amended Joint Stipulation of Class Action Settlement Agreement (Revised Settlement Agreement) and all definitions set forth therein and this Court's separate Order on Plaintiff's Motion for Attorneys' Fees are hereby incorporated with and made part of this Order Granting Final Approval of Settlement and Judgment (Final Order and Judgment).

3. This Court finds that the Revised Settlement Agreement has been entered into in good faith following arm's-length negotiations and is non-collusive.

4. This Court finds that the Notice of Pendency of Class Action Settlement and Final Hearing and Opt Out Request for Exclusion Form distributed to the Class on December 12, 2013 fully complies with the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process, constitutes the best notice practicable under the circumstances, and is sufficient notice to all persons entitled to notice of the settlement of the action.

5. This Court finds that the Final Order and Judgment applies to all claims or causes of action settled and released under the terms of the Revised Settlement Agreement, and shall be fully binding with respect to all Class Members (as there were no opt outs filed or requests to be excluded), pursuant to the Order Granting Preliminary Approval of Amended Class Action Settlement entered by this Court on November 7, 2013. By operation of the entry of the Final Order and Judgment and pursuant to the Revised Settlement Agreement, each and every Released Claim of each Class Member shall be deemed to be conclusively released as against Defendant and the Released Parties (as those terms are defined in the Revised Settlement Agreement) and each Class Member is barred and permanently enjoined from asserting, institution or procecuting, either directly or indirectly, any Released Claims which they had, or have, against Defendant or any of the Released.

6. This Court grants final approval of the Revised Settlement Agreement, including but not limited to the releases therein, and finds that it is in all respects fair, reasonable, adequate, and in the best interest of the Class Members. Therefore, all members of the Class are bound by this Final Order and Judgment.

7. This Action and each and every claim asserted therein is dismissed in its entirety with prejudice as to Representative Plaintiff and all Class Members.

8. Without affecting the finality of this Final Order and Judgment in any way, the Court retains continuing jurisdiction over the parties for the purpose of construing, enforcing, and administering this Final Order and Judgment, and the terms of the Revised Settlement Agreement.

**IT IS SO ORDERED.**

DATED: 3/31/14

Dale S. Fischer
United States District Judge